


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| JUAN PEREZ | : | NO. 09-233 |

FILED
JAN 15 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

AND NOW, this 15th day of January, 2010, upon consideration of the Motion of Defendant Juan Perez to Suppress Physical Evidence (Doc. No. 22) and the Government's opposition to the Motion, and following an evidentiary hearing, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge